**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01237-ZLW

VINCENT TODD MARTIN

      Plaintiff,

v.

[INTENDED DEFENDANTS NOT CLEAR FROM CAPTION OF COMPLAINT],

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's motion to alter decision (ECF No. 15) filed on January 17, 2014, is DENIED for the reasons previously stated in the Court's "Order Denying Motion to Reconsider" (ECF No. 13) filed on January 8, 2014.  This case is closed.  The clerk of the Court is directed to strike any future filings that bear no relevance to the reasons for the dismissal of this action.

Dated:  January 21, 2014